IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RAMON FIERRO-COTA,<br>                    Appellant,<br>vs.<br>JAZMIN DELAHUERTA,<br>                    Respondent. | No. 83787<br>**FILED**<br>JAN 19 2022<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY ___S.Young___<br>DEPUTY CLERK |

### *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Jessica K. Peterson, District Judge
       Persi J. Mishel, Settlement Judge
       De Castroverde Law Group
       Winner Booze & Zarcone
       Eighth District Court Clerk

22-01837